UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                                  Case No. 14-36846-PGH
                                                       Chapter 7
**GENE F PATERNO**

                **Debtor(s).**

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( X )  The Trustee has a balance of $60,371.51 remaining in a bank account which represents unclaimed funds pursuant to the Order on Motion to Approve Sale of Real Property (# 102, # 107) (DE 115) entered on March 18, 2016.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, is the name, addresses and the amount to which he is entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: July 19, 2016

                                                Margaret J. Smith, Trustee
                                                1400 Centrepark Blvd.
                                                Suite #860
                                                West Palm Beach, FL  33401
                                                Phone:  (561) 209-2548
                                                E-Mail:  msmith@mjstrustee.com

**NAME:** PATERNO, GENE F

**CASE NO:** 14-36846-PGH

| Name | Address | Amount |
|---|---|---|
| Robert A. Paterno | 212 Turrill Brook Drive<br>Southbury, CT  06488<br><br>100 Playhouse Corner<br>Southbury, CT  06488<br><br>65 Rock Ledge Drive<br>Lake Wallenpaupack,<br>Paupack Township, PA 18438<br><br>65 Rock Ledge Drive<br>Lakeville, Hawley, PA  18438<br><br>88 Ledge Drive<br>Lakeville, PA  18438 | $60,371.51 |